IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**GERALD JONES,**                                    CIV-S-06-1098 LKK KJM P

                                    Petitioner,      **ORDER**

        **v.**

**DERRAL ADAMS, Warden,**

                                    Respondent.

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before November 2, 2006.

Dated:  September 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1