IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD JONES,

    Petitioner,                   No. CIV S-06-1098 LKK KJM P

    vs.

DERRAL ADAMS,

    Respondent.                ORDER

                               /

Respondent's requests for extensions of time (doc. nos. 9 & 10) are granted <u>nunc pro tunc</u> as moot and the answer filed on January 2, 2007 is deemed timely.

DATED: January 9, 2007.

                                   U.S. MAGISTRATE JUDGE

2

jone1098.eot

1